UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JILL BERNAL p/k/a and d/b/a JILLIAN L'AMOUR, an individual,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>PARADIGM TALENT AND LITERARY AGENCY, business entity form unknown doing business in California, MARC CHERRY, an individual, AMERICAN BROADCASTING COMPANY, INC., a corporation doing business in California; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | CASE NO.: CV07-06445 SVW (PLAx)<br><br>[PROPOSED] ORDER ON JOINT STIPULATION RE PROTECTIVE ORDER REGARDING CONFIDENTIAL DOCUMENTS AND INFORMATION<br><br>[Lodged by all parties] |

1  The Protective Order requested by stipulation of the parties (executed by
2  counsel for Plaintiff Bernal on October 24, 2008, and counsel for defendants Marc
3  Cherry and American Broadcasting Companies, Inc., on October 25, 2008), is hereby
4  entered.

5  IT IS SO ORDERED

6  
7  Dated: 10/31/08                              **PAUL L. ABRAMS**

8                                               ~~District Court Judge~~

9                                               **U.S. MAGISTRATE JUDGE**