UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL BERNAL p/k/a and d/b/a JILLIAN L'AMOUR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PARADIGM TALENT AND LITERARY AGENCY, business entity form unknown doing business in California, MARC CHERRY, an individual, AMERICAN BROADCASTING COMPANY, INC., a corporation doing business in California; and DOES 1-50, inclusive,<br><br>Defendants. | CV 07-6445 SVW (PLAx)<br><br>JUDGMENT IN FAVOR OF DEFENDANTS MARC CHERRY AND AMERICAN BROADCASTING COMPANY, INC. |

Pursuant to the Court's Order granting Defendants Marc Cherry ("Cherry") and American Broadcasting Co., Inc.'s ("ABC") Motion for Summary Judgment, dated on February 22, 2010,

///

///

///

1   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that judgment shall
2 be entered in favor of Defendants Cherry and ABC in the above-captioned
3 action.  Plaintiff Jill Bernal shall take nothing against Defendants
4 Cherry and ABC.

8   IT IS SO ORDERED.

11 DATED:   2/22/10

                                    STEPHEN V. WILSON
                                    UNITED STATES DISTRICT JUDGE